346 A.2d 63

**Nellie K. WEST**

v.

**Paul R. BRIDGE, Jr. and Betty Bridge, his wife, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 23, 1975.

Decided Oct. 30, 1975.

Richard H. Ferguson, Latrobe, for appellants.

Gay B. Banes, Bernard J. McGowan, McKeesport, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to bear own costs.

JONES, C. J., dissents.